

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>            v.<br><br>Tara Lynn MANUS (1)<br><br>Sienna Brittanie SALMO (2)<br><br>                  Defendant. | Magistrate Case No.: '08 MJ 8235<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about March 14, 2008, within the Southern District of California, defendant Tara Lynn MANUS and Sienna Brittanie SALMO did knowingly and intentionally import approximately 35.06 kilograms (77.132 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

/s/ Lance Swanson

Special Agent Lance Swanson
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th, DAY OF March 2008.

/s/ Peter C. Lewis

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Tara Lynn MANUS (1)

Sienna Brittanie SALMO (2)

**PROBABLE CAUSE STATEMENT**

I, Special Agent Lance Swanson, declare under penalty of perjury, the following is true and correct:

On March 14, 2008 at approximately 0835 hours, Tara Lynn MANUS and Sienna Brittanie SALMO entered the United States at the Calexico, California, West Port of Entry. MANUS was the driver of a 1996 Dodge Truck, and SALMO was the sole passenger.

During the primary inspection Customs and Border Protection (CBP) Officer J. VanArsdall received a negative Customs Declaration from MANUS and SALMO and claimed U.S. citizenship. MANUS stated the vehicle belonged to her and that they had gone to Mexico to visit a friend who just had a baby. SALMO avoided eye contact and did not remove her sunglasses when answering questions. MANUS, SALMO and the vehicle were referred to secondary inspection.

In the vehicle secondary lot, CBP Officer Mendibles received a negative Customs Declaration from MANUS. MANUS stated the vehicle belonged to SALMO's boyfriend. MANUS stated they came to Mexico to visit a friend. CBP Officer Mendibles did a cursory search of the vehicle and found the spare tire felt solid. CBP Officer Mendibles requested CBP K-9 Officer C. Anzaldo to screen the vehicle with his Narcotics Detection Dog (NDD).

K-9 Officer C. Anzaldo received an alert from his NDD near the rear fender of the vehicle by the license plate.

Upon further inspection, CBP Officer Mendibles discovered one hundred and seven (107) packages in the spare tire, underneath the back seat, and in a specially built compartment in the bed of the truck. One of the packages was probed and a

1. sample of a green leafy substance was obtained, which field tested positive for
2. marijuana. The 107 packages had a combined net weight of approximately 35.06
3. kilograms (77.132 pounds).
4.     SALMO was placed under arrest and advised of her Constitutional Rights, which
5. she acknowledged and waived, agreeing to answer questions. SALMO stated to
6. Special Agent Swanson she was going to be paid $1,400.00 to smuggle marijuana into
7. the United States.
8.     MANUS was placed under arrest and advised of her Constitutional Rights, which
9. she acknowledged and waived, agreeing to answer questions. MANUS stated to
10. Special Agent Swanson she was going to be paid $1,400.00 to smuggle marijuana into
11. the United States.
12.
13. Executed on 03/14/08 @ 1906 hrs
14.     Lance Swanson
15.     SPECIAL AGENT
16.
17.     One the basis of the facts presented in the probable cause statement consisting
18. of 3 pages, I find probable cause to believe that the defendant named in this probable
19. cause statement committed the offense on March 14, 2008 in violation of Title 21,
20. United States Code, Sections 952 & 960.
21.
22.     3/14/08 8:30pm
23. United States Magistrate Judge     Date/Time