1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Tara Lynn Manus

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 08mj8235-01 |
|                                      ) | |
|           Plaintiff,                 ) | |
|                                      ) | |
| v.                                   ) | **CERTIFICATE OF SERVICE** |
|                                      ) | |
| TARA LYNN MANUS,                     ) | |
|                                      ) | |
|           Defendant.                 ) | |
| _____      ) | |

17   Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                        Marc Bruce Geller
                        marcbgeller@aol.com; and

                          U.S. Attorney CR
20                    Efile.dkt.gc2@usdoj.gov

21                                        Respectfully submitted,

23  DATED:     March 19, 2008             /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Tara Lynn Manus